```
                              United States Bankruptcy Court
                              Northern District of California

In re:                                                                Case No. 12-57594-SLJ
Lorinda Yvonne Buse-Corral                                            Chapter 13
Armando Mario Corral, Jr.
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0971-5          User: twashingt              Page 1 of 3              Date Rcvd: Feb 02, 2018
                              Form ID: pdfntcal            Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2018.
db/jdb         +Lorinda Yvonne Buse-Corral,    Armando Mario Corral, Jr.,    3939 Forestwood Dr,
                 San Jose, CA 95121-1119
smg           ++CALIFORNIA STATE BOARD OF EQUALIZATION,    ACCOUNT REFERENCE GROUP MIC 29,    P O BOX 942879,
                 SACRAMENTO CA 94279-0029
               (address filed with court: State Board of Equalization,
                 Attn: Special Procedures Section, MIC:55,    P.O. Box 942879,    Sacramento, CA  94279)
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC.,    PO Box 630267,    Irving, TX  75063)
cr             +Nissan Motor Acceptance Corporation,    c/o Austin P. Nagel, Esq.,    111 Deerwood Road,
                 Suite 305,   San Ramon, CA 94583-1530
cr             +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STR,    c/o Nationstar Mortgage LLC,
                 P.O. Box 619096,    Dallas, TX 75261-9096
reqntc         +U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE ON BEH,    Routh Crabtree Olsen, P.S.,
                 1241 E. Dyer Road, Ste. 250,    Santa Ana, CA 92705-5611
12982719        Ahesi/CitiMortgage Inc.,    Attention: Bankruptcy,    Po Box 79022 Ms 322,    St. Louis, MO 63179
12982721      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410)
12982720       +Bank of America,    3939 Forestwood Dr,    San Jose, CA 95121-1119
12982722       #+Bk Of Amer,    Attn: Bankruptcy/MC: NC4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
13020060        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13090248        Capital One NA,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12982725       +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
12982726       +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
12982727       +Chase,    Po Box 24696,    Columbus, OH 43224-0696
12982728       +Chase - Cc,    Attention: Bankruptcy Department,    Po Box 15298,    Wilmington, DE 19850-5298
12982729       +Chrysler Financial/TD Auto Finance,    Attention: Bankruptcy,    Po Box 860,
                 Roanoke, TX 76262-0860
12982730       +Commonwealth Central C,    5890 Silver Creek Valley,    San Jose, CA 95138-1028
13037147       +Greater Cal Fin Svcs,    GCFS, Inc,    Po Box 3470,    Paso Robles, CA 93447-3470
12927453       +Greater Cal Fin Svcs,    Po Box 3470,    Paso Robles, CA 93447-3470
12982736       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
12982737       +Hsbc/harlm,    Hsbc Retail Srvs/Attn: Bk Dept,    Pob 5263,    Carol Stream, IL 60197-5263
12982741       +Marshall & Ilsley Bank,    401 N Executive Drive,    Brookfield, WI 53005-6013
12991041       +Meriwest Credit Union,    5615 Chesbro Ave.,    San Jose, CA 95123-3057
12982742       +Meriwest Credit Union,    Po Box 530953,    San Jose, CA 95153-5353
12982744       +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
12954939        Nissan Motor Acceptance Corporation,    PO Box 660366,    Dallas TX 75266-0366
12955802       +PNC Bank,    P.O. Box 94982,    Cleveland, OH 44101-4982
12982745       +Pnc Bank, N.a.,    P.o.box 3180,    Pittsburgh, PA 15230-3180
12982746       +Sears/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
14637501       +U.S. BANK NATIONAL ASSOCIATION,    Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas, TX 75261-9096
12954894       +U.S. BANK, NATIONAL ASSOCIATION,    c/o Jonathan J Darnen,    Routh Crabtree Olsen, PS,
                 124 I E. Dyer Road, Suite 250,    Santa Ana, CA 92707
14004650       +U.S. Bank National Association,    c/o Nationstar Mortgage, LLC,    PO Box 619096,
                 Dallas, TX 75261-9096
12982747       +Valley Cr Un,    70 W Hamilton Ave,    Campbell, CA 95008-0505
12982748        Wachovia Mortgage/World Savings and Loan,    Attn: Bankruptcy Dept.(T7419-015),    Po Box 659558,
                 San Antonio, TX 78265
13133420        Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA  50306-0438
12982749       +Wells Fargo Card Ser,    1 Home Campus,    3rd Floor,    Des Moines, IA 50328-0001
12927454       +Wellsfargo,    800 Walnut St,    Des Moines, IA 50309-3605
12982751       +Wf Fin Bank,    Attention: Bankruptcy,    Po Box 10438,    Des Moines, IA 50306-0438
12982752       +Wf Health Ad,    Po Box 94498,    Las Vegas, NV 89193-4498
12982753       +Wfm/wbm,    3480 Stateview Blvd Bldg,    Fort Mill, SC 29715-7203
12982754       +Wfnnb/metro,    Attention; Bankruptcy,    Po Box 182685,    Columbus, OH 43218-2685
12982755       +Wfs Financial/Wells Fargo Dealer Srvs,    Po Box 3569,    Rancho Cucamonga, CA 91729-3569
12982756       +Wm Finance,    Chase Card Services/Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: itcdbg@edd.ca.gov Feb 03 2018 02:18:12      CA Employment Development Dept.,
                 Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA  94280-0001
smg             E-mail/Text: BKBNCNotices@ftb.ca.gov Feb 03 2018 02:19:37       CA Franchise Tax Board,
                 Attn: Special Procedures,    P.O. Box 2952,    Sacramento, CA  95812-2952
smg             E-mail/Text: cio.bncmail@irs.gov Feb 03 2018 02:17:40      IRS,    P.O. Box 7346,
                 Philadelphia, PA  19101-7346
reqntc          E-mail/PDF: gecsedi@recoverycorp.com Feb 03 2018 02:28:47       GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
```

```
District/off: 0971-5           User: twashingt            Page 2 of 3            Date Rcvd: Feb 02, 2018
                               Form ID: pdfntcal          Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12946450         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 03 2018 02:34:57
                   American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                   Oklahoma City, OK   73126-8941
12927452        +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 03 2018 02:28:31
                   Cach Llc/Square Two Financial,    Attention: Bankruptcy,    4340 South Monaco St.  2nd Floor,
                   Denver, CO 80237-3485
12982724        +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Feb 03 2018 02:29:28
                   Capital One Auto Finance,    3905 N Dallas Pkwy,    Plano, TX 75093-7892
12948277         E-mail/PDF: gecsedi@recoverycorp.com Feb 03 2018 02:28:47      GE Capital Retail Bank,
                   c/o Recovery Management Systems Corp.,     25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605,
                   Attn: Ramesh Singh
12982734         E-mail/Text: bankruptcy@gbmail.com Feb 03 2018 02:19:12       Gn Mortgage,    4000 Brown Deer Rd.,
                   Brown Deer, WI 53209
12982731        +E-mail/PDF: gecsedi@recoverycorp.com Feb 03 2018 02:28:47      Gecrb/mervyn,    Po Box 981400,
                   El Paso, TX 79998-1400
12982732        +E-mail/PDF: gecsedi@recoverycorp.com Feb 03 2018 02:29:17      Gecrb/mervyns,    Po Box 981400,
                   El Paso, TX 79998-1400
12982733        +E-mail/PDF: gecsedi@recoverycorp.com Feb 03 2018 02:28:19      Gemb/select Comfort,    Attn: GEMB,
                   Po Box 103104,    Roswell, GA 30076-9104
12982739        +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 03 2018 02:17:27       Kohls,    po box 30510,
                   los angeles, CA 90030-0510
12982740        +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 03 2018 02:17:27       Kohls/capone,
                   N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13121535         E-mail/PDF: resurgentbknotifications@resurgent.com Feb 03 2018 02:28:36
                   LVNV Funding, LLC its successors and assigns as,     assignee of Soaring Capital, LLC,
                   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12982743        +E-mail/Text: bankruptcydpt@mcmcg.com Feb 03 2018 02:18:26       Midland Funding,
                   8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13131492         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 03 2018 02:29:11
                   Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE ON BEH,    Routh Crabtree Olsen, P.S.,
                   1241 E. Dyer Road, Ste. 250,    Santa Ana, CA 92705-5611
12982723*       +Cach Llc/Square Two Financial,    Attention: Bankruptcy,    4340 South Monaco St.  2nd Floor,
                   Denver, CO 80237-3485
12982735*       +Greater Cal Fin Svcs,    Po Box 3470,    Paso Robles, CA 93447-3470
12969204*        INTERNAL REVENUE SERVICE,    P O BOX 7346,    PHILADELPHIA     PA 19101-7346
12982738*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,    Stop 660,    PO Box 480,
                   Holtsville, NY 11742-0480)
13370455*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:  Nationstar Mortgage, LLC,    350 Highland Drive,
                   Lewisville, TX 75067)
12954957*        Nissan Motor Acceptance Corporation,    PO Box 660366,    Dallas TX 75266-0366
12982750*       +Wellsfargo,    800 Walnut St,    Des Moines, IA 50309-3605
13090970       ##+Bank of America, N.A.,    400 National Way,    Simi Valley, CA 93065-6414
                                                                                              TOTALS: 0, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2018                                          Signature:  /s/Joseph Speetjens

Case: 12-57594    Doc# 107    Filed: 02/04/18    Entered: 02/04/18 21:30:52    Page 2 of 7

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2018 at the address(es) listed below:

          Austin P. Nagel    on behalf of Creditor    Nissan Motor Acceptance Corporation melissa@apnagellaw.com
          Devin  Derham-Burk    ctdocs@ch13sj.com
          Geoff   Wiggs    on behalf of Plaintiff Armando Mario Corral, Jr. ECF@wiggslaw.com, geoff@wiggslaw.com
          Geoff   Wiggs    on behalf of Plaintiff Lorinda Yvonne Buse-Corral ECF@wiggslaw.com, geoff@wiggslaw.com
          Geoff   Wiggs    on behalf of Joint Debtor Armando Mario Corral, Jr. ECF@wiggslaw.com, geoff@wiggslaw.com
          Geoff   Wiggs    on behalf of Debtor Lorinda Yvonne Buse-Corral ECF@wiggslaw.com, geoff@wiggslaw.com
          Jonathan  Cahill    on behalf of Requestor    U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE ON BEHALF OF THE SARM 2006-11 TRUST FUND ecfcanb@aldridgepite.com,    JCC@ecf.inforuptcy.com
          Jonathan  Cahill    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-11 ecfcanb@aldridgepite.com,    JCC@ecf.inforuptcy.com
          Jonathan J. Damen    on behalf of Requestor    U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE ON BEHALF OF THE SARM 2006-11 TRUST FUND bknotice@rcolegal.com
          Jonathan J. Damen    on behalf of Creditor    U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE ON BEHALF OF THE SARM 2006-11 TRUST FUND bknotice@rcolegal.com
          Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov

                                                                                                        TOTAL: 11

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re:  
    LORINDA YVONNE BUSE-CORRAL  
    ARMANDO MARIO CORRAL JR  
    Debtor(s)

Case No. 12-57594 SLJ

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Devin Derham-Burk, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/19/2012.

2) The plan was confirmed on 03/20/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 10/30/2017.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 63.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $40,530.89.

10) Amount of unsecured claims discharged without payment: $128,650.07.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

| | |
|---|---:|
| **Receipts:** | |
| Total paid by or on behalf of the debtor | $46,601.44 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$46,601.44** |

| | |
|---|---:|
| **Expenses of Administration:** | |
| Attorney's Fees Paid Through the Plan | $4,550.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,534.31 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$8,084.31** |
| Attorney fees paid and disclosed by debtor: | $1,500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AHESI/CITIMORTGAGE INC. | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS AGE | Unsecured | 0.00 | 6,382.33 | 6,382.33 | 462.61 | 0.00 |
| AMERICAN INFOSOURCE LP AS AGE | Unsecured | 3,459.00 | 3,133.88 | 3,133.88 | 227.15 | 0.00 |
| BANK OF AMERICA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BK OF AMER | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| CACH LLC/SQUARE TWO FINANCIAL | Unsecured | 3,140.00 | NA | NA | 0.00 | 0.00 |
| CACH LLC/SQUARE TWO FINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Unsecured | 3,186.00 | 3,186.33 | 3,186.33 | 230.95 | 0.00 |
| CAPITAL ONE NA | Unsecured | 238.00 | 238.87 | 238.87 | 17.31 | 0.00 |
| CAPITAL ONE, N.A. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 3,714.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase - Cc | Unsecured | 1,930.00 | NA | NA | 0.00 | 0.00 |
| CHRYSLER FINANCIAL/TD AUTO FIN | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH CENTRAL C | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH CENTRAL C | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GCFS, INC. | Unsecured | 10,403.00 | 10,642.60 | 10,642.60 | 771.39 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GECRB/MERVYN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GECRB/MERVYNS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB/SELECT COMFORT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GN MORTGAGE | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| Greater Cal Fin Svcs | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC/HARLM | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 158.67 | 158.67 | 158.67 | 11.50 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,798.39 | 1,798.39 | 1,798.39 | 1,798.39 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| INTERNAL REVENUE SERVICE | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Kohls | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 5,840.00 | 5,840.16 | 5,840.16 | 423.31 | 0.00 |
| MARSHALL & ILSLEY BANK | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| MERIWEST CREDIT UNION | Secured | 9,675.00 | 8,300.00 | 8,300.00 | 8,300.00 | 1,250.96 |
| MERIWEST CREDIT UNION | Unsecured | 0.00 | 980.80 | 980.80 | 71.09 | 0.00 |
| MIDLAND FUNDING | Unsecured | 6,547.00 | NA | NA | 0.00 | 0.00 |
| NISSAN MOTOR ACCEPTANCE CORP | Secured | 17,635.00 | 17,262.18 | 17,262.18 | 17,262.18 | 1,766.64 |
| PNC BANK | Unsecured | 0.00 | 0.00 | 75,228.22 | 5,452.66 | 0.00 |
| PNC BANK | Secured | 75,228.00 | 75,228.22 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC | Unsecured | 3,139.00 | 3,139.52 | 3,139.52 | 227.55 | 0.00 |
| US BANK NA | Secured | 452,539.75 | 452,539.75 | 452,539.75 | 0.00 | 0.00 |
| Valley Cr Un | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| WACHOVIA MORTGAGE/WORLD SAV | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| WACHOVIA MORTGAGE/WORLD SAV | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK | Unsecured | 3,358.00 | 3,358.65 | 3,358.65 | 243.44 | 0.00 |
| WELLS FARGO CARD SER | Unsecured | 8,493.00 | NA | NA | 0.00 | 0.00 |
| WELLSFARGO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLSFARGO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WFM/WBM | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| WFNNB/METRO | Unsecured | 675.00 | NA | NA | 0.00 | 0.00 |
| WFS FINANCIAL/WELLS FARGO DEA | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| WFS FINANCIAL/WELLS FARGO DEA | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| WM FINANCE | Secured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $452,539.75 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $17,262.18 | $17,262.18 | $1,766.64 |
| All Other Secured | $8,300.00 | $8,300.00 | $1,250.96 |
| **TOTAL SECURED:** | **$478,101.93** | **$25,562.18** | **$3,017.60** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,798.39 | $1,798.39 | $0.00 |
| **TOTAL PRIORITY**: | **$1,798.39** | **$1,798.39** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$112,290.03** | **$8,138.96** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $8,084.31 |
| Disbursements to Creditors | $38,517.13 |
| **TOTAL DISBURSEMENTS** : | **$46,601.44** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/01/2018       By: /s/ Devin Derham-Burk
                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**